UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANNE JONES, )<br>)<br>　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>SUPER SHUTTLE INC., )<br>)<br>　　　　Defendant. )<br>) | Civil Case No. 16-1962 (RJL) |

ORDER Vd
November 23, 2016

**FILED**
NOV 23 2016
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

 Before the Court is defendant's Motion to Dismiss Complaint Pursuant to Rule 12(b)(6) [Dkt. #13], which was filed on November 11, 2016. Because a ruling on defendant's motion may dispose of plaintiff's claim, the Court hereby advises *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the local civil rules of this Court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

 Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum

is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire . . . .

Fed. R. Civ. P. 6(d). The Court may treat as conceded any motion or argument made within it that is not opposed within the time limits outlined above. Alternatively, the Court may consider on the merits any motion or argument made within it that is not opposed within the time limits outlined above.

Accordingly, it is hereby

**ORDERED** that plaintiff shall file her opposition or other response to defendant's motion to dismiss within 30 days of this Order. If plaintiff fails to respond, the Court may treat the motion as conceded and dismiss the Complaint.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

2